# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00837-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MICAH BLACKFEATHER,

     Plaintiff,

v.

JENNIFER ENGLEMAN,

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, who is detained at the Colorado Mental Health Institute at Pueblo,

Colorado, has submitted to the court a Prisoner Complaint (ECF No. 1).  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>   is not submitted
(2)  <u>  </u>   is missing affidavit
(3)  <u>  </u>   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)  <u>  </u>   is missing certificate showing current balance in prison account
(5)  <u>  </u>   is missing required financial information
(6)  <u>xx</u>   is missing authorization to calculate and disburse filing fee payments
(7)  <u>  </u>   is missing an original signature by the prisoner
(8)  <u>  </u>   is not on proper form (must use the court's current form)
(9)  <u>  </u>   names in caption do not match names in caption of complaint, petition or

| | | habeas application |
|---|---|---|
| (10) | xx | other: <u>motion and supporting documents are necessary only if fees totaling $400.00 are not paid in advance</u>. |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|---|---|---|
| (12) | __ | is not on proper form |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __ | other: _____. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, a blank copy of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED April 21, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher_____
United States Magistrate Judge